

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-14-2007

# USA v. $487,825.00 US Curr

Precedential or Non-Precedential: Precedential

Docket No. 06-3138

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"USA v. $487,825.00 US Curr" (2007). *2007 Decisions.* Paper 1030.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/1030

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————

No. 06-3138

———————

UNITED STATES OF AMERICA

v.

$487,825.00 IN UNITED STATES CURRENCY

*DAVID AGUASVIVA,

Appellant

*(Pursuant to Rule 12(a), F.R.A.P.)

———————

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil No. 05-cv-02841)
District Judge: Hon. Jose L. Linares

———————

BEFORE: SMITH and  COWEN, Circuit Judges
and YOHN*, District Judge

———————

ORDER AMENDING OPINION

———————

———————

*Honorable William H. Yohn Jr., Senior United States District Judge for the Eastern
District of Pennsylvania, sitting by designation.

IT IS HEREBY ORDERED that the slip opinion in this case, filed May 4, 2007, be amended as follows:

Page 4, line 14, delete the sentence "The verified statement must 'describe the [claimant's] interest in the property.' Rule C(6)(a)(ii)." and substitute the following sentence: "The verified statement must identify the claimant's interest in the property. Rule C(6)(a)(i)."

Page 6, line 1, delete "'of right or interest on behalf of another'" and substitute the following: "'of interest in or right against the property on behalf of another.'"

Page 6, line 2, change "Rule C(6)(a)(iii)" to "Rule C(6)(a)(ii)."

By the Court,


/s/ Robert E. Cowen
United States Circuit Judge

Dated: May 14, 2007